# United States Bankruptcy Court

Western District Of New York

| | |
|---|---|
| In re Fairport Baptist Homes, et al., ,<br>Debtor | Case No. 11 |
| Official Committee of Unsecured Creditors of Fairport Baptist Homes, et al., on behalf of the Debtor<br>Plaintiff | Chapter 22-20220 (PRW) |
| v. | Adv. Proc. No. 24-02004-PRW |
| Affinity Rehabilitation, LLP<br>Defendant | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:
United States Bankruptcy Court
Western District of New York
100 State Street
Rochester, NY 14614

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Andrew C. Helman, Esq.
Dentons Bingham Greenebaum
One City Center, Suite 11100
Portland, ME 04101
Andrew.Helman@dentons.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: May 7, 2024

Clerk of the Bankruptcy Court

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, Andrew C. Helman (name), certify that service of this summons and a copy of the complaint was made 5/13/2024 (date) by:

- [x] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

  Corporate Service Company, Registered Agent
  80 State Street
  Albany, NY 12207-2543

  Officer/Managing Agent
  3 Overlook Trail
  Sugar Loaf, NY 19081

- [ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: [Describe briefly]

- [ ] State Law: The defendant was served pursuant to the laws of the State of ________, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 5/13/2024 Signature ______________________

Print Name: Andrew C. Helman

Business Address: Dentons Bingham Greenebaum

One City Center, Suite 11100, Portland ME 04101